William B. Fox, Jr., Appellant, v. Manly A. Burnham and Harold A. Burnham, Respondents.— Motion denied, with ten dollars costs. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Hattie Hein, Respondent, v. Johan Moskowsky and Others, Defendants. Max Friedman, Appellant.— Motion denied, with ten dollars costs. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

In the Matter of the Application of The City of New York to Acquire Certain Real Estate in Towns of Carmel and Southeast, Putnam County, and Somers, Westchester County, New York, under Chapter 490, Laws 1883, etc., for the Purpose of a Dam, etc., on Croton River, etc., Croton Falls Dam and Reservoir, First Supplemental Proceeding.— Motion denied. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

In the Matter of Acquiring by The City of New York Title to Premises on the Southeasterly Corner of Sutter Avenue and Grafton Street, Borough of Brooklyn, Duly Selected for School Purposes.— Motion granted. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

In the Matter of the Application of Erwin Glinowiecki for Admission to the Bar.— Application granted. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

In the Matter of the Application of Julius W. Gogarn for Admission to the Bar.— Application granted. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

In the Matter of the Disposition of the Real Estate of Georgiana Homan, Deceased, for the Payment of Her Debts.— Motion granted, with ten dollars costs. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

In the Matter of the Application of Martin Niland for a Writ of Certiorari to John W. Bowron, Supervisor, and Others, Constituting the Board of Auditors, etc., Town of New Castle, etc.— Motion granted. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Florence Keefe, an Infant, etc., Respondent, v. Charles F. Babcock, Appellant. — Motion denied. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Edward Leber, Plaintiff, v. Leopold Brand, Defendant. — Motion denied. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

The People of the State of New York, Appellant, v. Knickerbocker Trust Company, Respondent. Ernst Thalmann and Others, as Temporary Receivers, etc., Respondents. — Motion to dismiss appeal denied. Present.— Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

The People of the State of New York ex rel. American Manufacturing Company and Others, Respondents, v. Thomas L. Feitner, as President, and Others, Appellants.— Motion granted, with costs, unless the cases are ready for argument at the next term of this court, Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Harry Scherl, Respondent, v. Herman L. Flam, Individually, etc., Appellant.— Motion denied. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.